United States Bankruptcy Court
Central District of Illinois

In re:                                                                  Case No. **25-70986**

**OLDE TOWN APARTMENTS OWNER LLC**

Debtor(s)                                                               Chapter **11**

**AMENDED
NOTICE OF INTENT TO SELL**

**Olde Town Apartments Owner, LLC** hereby gives notice of intent to sell the following property:

700, 704, 706, 710, 712, 716 714, 724, 726, 728, 732, 734, 736, 738, 740, 742, 744, 746, Bruns Lane, Springfield, Illinois 62707

*Choose one of the following*:

☐ at Public Sale Date: _____
   Time: _____
   Place: _____

☑ at Private Sale to: **Jero Holdings, LLC**

For the Amount of:  **$2,800,000.00**
Terms of Sale:  The sale shall be made free and clear of all liens pursuant to § 363(b) and § 363(f) of the Bankruptcy Code.  The Purchaser is purchasing the Property is purchasing the Property in its "AS IS/WHERE IS" condition, "WITH ALL FAULTS" and with all physical latent or patent defects, and without any warranties, representations or guarantees.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If no objections are filed with the Clerk of the U.S. Bankruptcy Court at 226 U.S. Courthouse, 600 East Monroe, Springfield, IL 62701 to this Notice of Intent to Sell on or before **March 4, 2026**, an order may be entered authorizing this sale.   Go to www.ilcb.uscourts.gov for information regarding this court's **mandatory** electronic filing policy.

Date: **February 6, 2026**        Name: **/s/ Ariel Weissberg**
                                  Address: **125 South Wacker Drive, Suite 300**
                                           **Chicago, Illinois 60606**